# EXHIBIT "A"



AS9100 Registered
ISO 9001 Registered

# MUTUAL CONFIDENTIALITY AGREEMENT

In connection with possible transactions between Triumph Structures-Los Angeles, Inc. and _Mario Velazquez_, whereby each party may supply products and/or services to the other party, each party may provide the other party with certain information pertaining to _Triumph Structures-Everett Inc._ which is either non-public, confidential, or proprietary in nature concerning its products and processes. All information furnished to the party, including any and all designs, specifications, plans, drawings, data, report, analysis, studies, test results, and other such information, whether in documentary or electronic format, which contain or otherwise reflect such information, is hereinafter referred to as the "Proprietary Information". The purpose of this agreement (the "Agreement") is to set forth the understandings between the Parties concerning the Proprietary Information. Accordingly, in consideration of one party furnishing the other party with the Proprietary Information, the Parties agree that:

1. Proprietary Information exchanged under this agreement shall not, without the disclosing party's prior written consent, be disclosed by the receiving party, or by its affiliates, agents, representatives, or employees in any manner whatsoever, in whole or in part, and shall be used by the receiving party or its affiliates, agents, representatives or employees, solely for the purpose of evaluating whether to enter into further agreement with the disclosing party for the supply of products and/or services. Moreover, the receiving party agrees to reveal the Proprietary Information only to its affiliates, agents, representatives and employees who need to know the Proprietary Information and who are informed by receiving party of the confidential nature of the Proprietary Information.

2. Upon the disclosing party's request, the receiving party will promptly return to the disclosing party all Proprietary Information furnished to receiving party, in whatever format, and will destroy all analyses, compilations, studies, and other material prepared by receiving party based in whole or in part on such Proprietary Information. Receiving party shall not use any of the Proprietary Information for any purpose other than as provided herein without the prior written consent of the disclosing party.

3. This agreement shall not apply to information which:
    (a) is already known by the receiving party prior to the date
        of this Agreement as shown by clear and convincing evidence;
    (b) is or becomes publicly known through no
        wrongful act of receiving party; or
    (c) is disclosed pursuant to a requirement of

17055 East Gale Avenue • City of Industry, CA 91745 ▼ 20445 East Walnut Drive • Walnut, CA 91789 ▼ 9301 Mason Avenue • Chatsworth, CA 91311
Tel: (626) 965-1630 ▼ www.triumphgroup.com

        a governmental agency or disclosure
(d)    is required by operation of law.

4. The disclosing party has endeavored to include in the Proprietary Information those materials which it believes to be reliable and relevant for the purpose of its evaluation by receiving party. Receiving party acknowledges that the disclosing party makes no representation or warranty as to the accuracy or completeness of the Proprietary Information and receiving party agrees that neither the disclosing party nor any of its affiliates nor any of its or their agents, representatives or employees shall have any liability to the receiving party or its representatives resulting from the use or content of the Proprietary Information except as may be set forth in a subsequent agreement between the parties for products or services.

5. In the event that receiving party or anyone to whom receiving party transmits the Proprietary Information pursuant to this Agreement becomes legally compelled to disclose any of the Proprietary Information, receiving party will provide the disclosing party with prompt written notice so that it may seek a protective order or other appropriate remedy and/or waive compliance with the provisions of this Agreement. In the event that such protective order or other remedy is not obtained, or that Triumph waives compliance with the provisions of this Agreement, receiving party may disclose such Proprietary Information to the extent compelled to do so without liability hereunder. Receiving party agrees that it will use reasonable efforts to obtain assurances that confidential treatment will be accorded to such information.

6. Receiving party agrees that money damages would not be a sufficient remedy for any breach of this Agreement by receiving party or its affiliates, agents, representatives or employees, and that in addition to all other remedies, the disclosing party shall be entitled to specific performance and injunction or other equitable relief as a remedy for any such breach.

7. This Agreement shall remain effective for a period of ---120 days------; however the parties' obligation to keep information released under terms of the agreement confidential shall survive for a period of _10_ Months/ Years following the documentable date of the given information's disclosure.

8. This Agreement embodies all the understandings and agreements heretofore had between the parties with respect to the subject matter hereof and may not be changed or terminated in advance of its expiration, except by an instrument in writing signed by the parties. In case any provision of this Agreement shall be invalid, illegal, or unenforceable, the validity, legality and enforceability of the remaining provisions of the Agreement shall not in any way be affected or impaired thereby.

The foregoing accurately sets forth the entire agreement between the parties for non-disclosure, indicated by the parties signing this Agreement in the space indicated below

| For Triumph | For (Enter other Party), |
|---|---|
| By: Adriana Ortiz | By Mario Velazquez |
| Title: Director, Human Resources | Title Program Manager |
| Signature *[signed]* | Signature *[signed]* |
| Date: 6/16/16 | Date: 6-16-16 |



| | Employee Confidentiality Agreement |

## EMPLOYEE STATEMENT

I, _Mario Velazquez_, in consideration of my employment by Triumph Group Inc. or one of its affiliated companies, and the compensation to be paid to me, and intending to be legally bound agree as follows:

1. **Definitions.** The term "Triumph" as used in this Agreement includes Triumph Group, Inc. and all of its divisions, subsidiaries and affiliates, including the above-named companies.

2. **Disclosure of Confidential Information.** I shall not at any time during my employment or thereafter, except as properly required in the course of my employment, use, publish, disclose or authorize anyone else to use, publish or disclose any Confidential Information belonging or relating to Triumph. Confidential Information includes, but is not limited to, models, drawings, blueprints, memoranda and other materials, documents or records of a proprietary nature; information relating to research, manufacturing processes, bills of material, finance, accounting, sales, personnel management and operations; and information particularly relating to customer lists, price lists, customer service requirements, costs of providing service and equipment, pricing and equipment maintenance costs.

3. **Use and Return of Company Property.** I shall not, in the course of my employment or thereafter, use or permit others to use materials, equipment or other Triumph property for personal purposes. Further, I shall not make copies of, resell or transfer any computer software owned or licensed by Triumph. On termination of my employment, I will deliver to Triumph all property belonging to Triumph, and will not retain any copies or reproductions of correspondence, reports, drawings, photographs or documents containing Confidential Information or relating in any way to the business of Triumph.

4. **Patents, Copyrights and Trade Secrets.** I will disclose and hereby assign to Triumph any and all material of a proprietary nature, particularly including, but not limited to, material subject to protection as trade secrets or as patentable or copyrightable ideas which I may conceive, invent, or discover during the course of my employment with Triumph (including employment prior to the date hereof, if any) which relate to the business of Triumph, or were developed using Triumph's resources (collectively, the AInventions@), and I shall execute and deliver all papers, including applications for patents and do such other acts (entirely at Triumph's expense) as may be necessary for Triumph to obtain and maintain proprietary rights in any and all countries and to vest title to such Inventions in Triumph.

F:\Law\Model Agreements\Confidentiality and Patent Agreement.doc

5. **Term; Modifications.** THE PROVISIONS OF THIS AGREEMENT SHALL SURVIVE TERMINATION OF MY EMPLOYMENT RELATIONSHIP WITH TRIUMPH. This Agreement may be modified or waived only by a written instruments signed by an officer or other authorized executive of Triumph.

6. **Severability.** The provisions of this Agreement shall be deemed severable, and the invalidity or unenforceability of any provision shall not affect the validity and enforceability of the other provisions hereof. If any provision of this Agreement is unenforceable for any reason whatever, such provision shall be appropriately limited and given effect to the extent that it may be enforceable.

7. **Governing Law.** This Agreement shall be governed by and construed in accordance with the laws of the State of California applicable to contracts executed and performed exclusively in such State.

I HAVE READ THIS AGREEMENT AND FULLY UNDERSTAND ITS TERMS.

Signature _____

Signed at Walnut, CA, this 9th day of June, 2004

Witness: _____