Benjamin M. Gipson (CA SBN: 222830)
ben.gipson@us.dlapiper.com
Hector E. Corea (CA SBN: 318971)
hector.corea@us.dlapiper.com
**DLA PIPER LLP**
2000 Avenue of the Stars, Suite 400 North Tower
Los Angeles, California 90067-4704
Tel: 310.595.3022
Fax: 310.595.3300

Attorneys for Plaintiff
ALATUS AEROSYSTEMS, a
California Corporation

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALATUS AEROSYSTEMS, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>MARIO VELAZQUEZ, an individual, and DOES 1 through 50, inclusive<br><br>Defendants. | CASE NO. 19-cv-1869<br><br>**DECLARATION OF BENJAMIN M. GIPSON IN SUPPORT OF PLAINTIFF'S APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE**<br><br>Date: To Be Determined<br>Time: To Be Determined<br>Courtroom: To Be Determined<br>Judge: To Be Determined |

I, Benjamin M. Gipson, declare as follows:

1. I am an attorney at law licensed to practice before all courts of the state of California. I am a partner with the firm of DLA Piper LLP ("DLA"), counsel of record for Alatus Aerosystems ("Alatus"). The matters stated below are true and of my own personal knowledge, and if called as a witness, I could and would competently testify to the same.

2. Defendant Mario Velazquez is a former employee of Alatus whose employment was terminated in February 2019. Alatus subsequently engaged DLA as counsel to investigate whether Defendant Velazquez complied with his employment obligations leading up to his exit from the company.

3. As part of the investigation, DLA conducted a forensic examination of Velazquez's company account. This led to the discovery that Defendant Velazquez had purposely emailed at least ten sensitive company documents containing Alatus' trade secrets to his personal email address within a day before his termination. True and correct copies of Mr. Velazquez's emails forwarding several of these sensitive documents to his personal email address are attached hereto as **Exhibit A**.

4. Counsel for Alatus subsequently demanded the return of these confidential documents in August and September 2019. In response, Defendant Velazquez returned approximately seven documents, claiming he had returned all of Alatus' proprietary information in his possession. Velazquez's statements were plainly misleading given Alatus identified the documents Velazquez had emailed himself and it was readily apparent all these documents were not returned. Further, Velazquez's counsel has refused requests to have a neutral third party inspect his client's personal computer to confirm that he is not in possession of additional Alatus information and determine who else may have received those documents. Attached hereto as **Exhibit B** is a true and correct copy of correspondence received from Defendant Velazquez's counsel showing he returned six of the eight documents that emailed to himself.

5. Because these attempts appeared to have failed, I notified Defendant Velazquez's counsel of the filing and that Alatus would be seeking a temporary restraining order with this Court. Defendant through his counsel denies any wrongdoing. Through counsel Defendant Velazquez provided additional information, and agreed to the inspection of his personal computer in exchange for the global resolution of all disputes between the parties that involved Plaintiff making a settlement payment to Defendant Velazquez. The parties were unable to reach agreement on a final document that provided an inspection sufficient for Alatus to verify Defendant Velazquez's representations. Accordingly, on September 29 I notified Velazquez's counsel that Alatus would be filing the instant action and would be seeking a temporary restraining order on that date due to the Parties failure to reach a final agreement. Because Defendant Velazquez's counsel stated that he would not be representing him in the instant action, service was directed at Defendant Velazquez directly and I attempted to notify him personally as well prior to filing.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct, and that this was executed on September 30, 2019, at Los Angeles, California.

By: /s/Benjamin M. Gipson
BENJAMIN M. GIPSON

DLA Piper LLP (US)
Los Angeles

-2-
DECLARATION OF BENJAMIN GIPSON IN SUPPORT OF APPLICATION FOR TRO

EXHIBIT "A"

**To:** 'Mario Velazquez'[mario.velazquez@live.com]
**From:** Mario A. Velazquez[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=41B0DAD935044D4DBCD4BF11EC89B696-MAVELAZQUEZ]
**Sent:** Tue 2/19/2019 5:24:42 PM (UTC)
**Subject:** Global Asset List.xlsx
Global Asset List.xlsx

**To:** 'Mario Velazquez'[mario.velazquez@live.com]
**From:** Mario A. Velazquez[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=41B0DAD935044D4DBCD4BF11EC89B696-MAVELAZQUEZ]
**Sent:** Tue 2/19/2019 9:17:47 PM (UTC)
**Subject:** Special
Special.xlsx


Thank you,



**Mario Velazquez** | Production Control Manager
17055 East Gale Ave., City of Industry, CA 91745
Office: 626-839-2042 | Mobile: 626-213-8845

**To:** 'Mario Velazquez'[mario.velazquez@live.com]
**From:** Mario A. Velazquez[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=41B0DAD935044D4DBCD4BF11EC89B696-MAVELAZQUEZ]
**Sent:** Tue 2/19/2019 9:29:52 PM (UTC)
**Subject:** G500-G600.xlsx

G500-G600.xlsx

**To:** 'Mario Velazquez'[mario.velazquez@live.com]
**From:** Mario A. Velazquez[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=41B0DAD935044D4DBCD4BF11EC89B696-MAVELAZQUEZ]
**Sent:** Tue 2/19/2019 9:23:51 PM (UTC)
**Subject:** Actual VS Standards
Actual_vs_Standards_-_East.xlsx

Thank you,



**Mario Velazquez** | Production Control Manager
17055 East Gale Ave., City of Industry, CA 91745
Office: 626-839-2042 | Mobile: 626-213-8845

| | |
|---|---|
| **To:** | Mario Velazquez[mario.velazquez@live.com] |
| **From:** | Mario A. Velazquez[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=41B0DAD935044D4DBCD4BF11EC89B696-MAVELAZQUEZ] |
| **Sent:** | Tue 2/19/2019 9:21:09 PM (UTC) |
| **Subject:** | WIP |

Demand - Part Number - Raw Material - WIP.xlsx

Thank you,



**Mario Velazquez** | Production Control Manager
17055 East Gale Ave., City of Industry, CA 91745
Office: 626-839-2042 | Mobile: 626-213-8845

**To:** 'Mario Velazquez'[mario.velazquez@live.com]
**From:** Mario A. Velazquez[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=41B0DAD935044D4DBCD4BF11EC89B696-MAVELAZQUEZ]
**Sent:** Tue 2/19/2019 9:20:12 PM (UTC)
**Subject:** East OTD
Special - East OTD%.xlsx

Thank you,



**Mario Velazquez** | Production Control Manager
17055 East Gale Ave., City of Industry, CA 91745
Office: 626-839-2042 | Mobile: 626-213-8845

**To:** 'Mario Velazquez'[mario.velazquez@live.com]
**From:** Mario A. Velazquez[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=41B0DAD935044D4DBCD4BF11EC89B696-MAVELAZQUEZ]
**Sent:** Tue 2/19/2019 9:19:21 PM (UTC)
**Subject:** WIP Aging
WIP Aging Report.xlsx

Thank you,



**Mario Velazquez** | Production Control Manager
17055 East Gale Ave., City of Industry, CA 91745
Office: 626-839-2042 | Mobile: 626-213-8845

**To:** Mario Velazquez[mario.velazquez@live.com]
**From:** Mario A. Velazquez[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=41B0DAD935044D4DBCD4BF11EC89B696-MAVELAZQUEZ]
**Sent:** Tue 2/19/2019 9:19:18 PM (UTC)
**Subject:** TAS Special
TAS DASHBOARD.xlsx

Thank you,



**Mario Velazquez** | Production Control Manager
17055 East Gale Ave., City of Industry, CA 91745
Office: 626-839-2042 | Mobile: 626-213-8845

EXHIBIT "B"

Sunday, August 25, 2019 at 7:48:22 PM Pacific Daylight Time

| | |
|---|---|
| **Subject:** | FW: Mario Velazquez |
| **Date:** | Thursday, August 15, 2019 at 11:04:11 AM Pacific Daylight Time |
| **From:** | Dokko, Ted |
| **To:** | Scott Holland |
| **CC:** | David Oberg, Cain, Patrick, Albanese, Jack B. |
| **Attachments:** | imagea8002f.JPG, G500-G600.xlsx, Actual_vs_Standards_-_East.xlsx, Demand - Part Number - Raw Material - WIP.xlsx, Special - East OTD%.xlsx, TAS DASHBOARD.xlsx, WIP Aging Report.xlsx, Revenue Meeting 1.31.19.pptx |

**Theodore H. Dokko**
*Counsel*

p | 213-358-7226
f | 213-358-7326
e | tdokko@sgrlaw.com
444 South Flower Street | Suite 1700 | Los Angeles, CA 90071
www.sgrlaw.com | My Bio | vCard



SMITH, GAMBRELL & RUSSELL, LLP
*Attorneys at Law*

---

**From:** Shiraz Simonian <shiraz@simonianlawfirm.com>
**Sent:** Thursday, August 15, 2019 9:35 AM
**To:** Cain, Patrick <pcain@sgrlaw.com>
**Cc:** Dokko, Ted <TDokko@sgrlaw.com>; David Oberg <doberg@alatusaero.com>
**Subject:** Fwd: Mario Velazquez

**CAUTION:** This email is from an external source. Do not click links or attachments unless it's from a verified sender.

Good morning Patrick,

Attached are copies of <u>all</u> files in Mr. Velazquez's possession in response to your letter dated August 8, 2019. Thus, my client will not and cannot return any additional documents/files. Please note that your client also has possession of these files. Every single one of these documents was created by Mr. Velazquez during his employment with Alatus. Mr. Velazquez has zero use for any of these files outside of Alatus. He has also agreed to delete every trace of these files from his computer. These files are being sent with the understanding that Mr. Velazquez <u>denies</u> any wrongdoing on his part.

I am once again following up on the status of the settlement agreement, the terms of which we agreed to on July 3, 2019 (over a month ago). Please provide a draft copy no later than tomorrow, July 16. Otherwise, I will have no choice but to assume your client is no longer interested in the settlement, and we'll proceed accordingly.

Thanks,

## Shiraz Simonian, Esq.
**Simonian & Simonian, PLC**
144 N. Glendale Ave., Suite 228
Glendale, CA 91206
Tel: 818-405-0080 ext. 101
Fax: 818-405-0082
E: shiraz@simonianlawfirm.com
www.simonianlawfirm.com

CONFIDENTIALITY NOTE: The information contained in this transmission may be privileged and confidential, and is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, please immediately reply to the sender that you have received this communication in error and then delete it. Thank you.

**Confidentiality Notice**
This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.