1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALATUS AEROSYSTEMS, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>MARIO VELAZQUEZ, an individual, and DOES 1 through 50, inclusive<br><br>Defendants. | CASE NO. 19-cv-1869<br><br>**[PROPOSED] TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE**<br><br>Judge: Hon. |

The Court has considered the Application of Plaintiff Alatus Aerosystems. ("Alatus") wherein Alatus respectfully moved the Court for a Temporary Restraining Order ("TRO") and an Order to Show Cause re Preliminary Injunction against Defendant Mario Velazquez ("Defendant"), based on Defendant's retention of Alatus' proprietary information after the termination of Defendant's employment with Alatus.

Having considered all pleadings and papers on file herein, and any oral argument presented at the consideration of this Application, the Court finds that Alatus is likely to prevail on the merits of its claims against Defendant, that a TRO is necessary to prevent immediate and irreparable injury to Alatus before the hearing on the Order to Show Cause regarding the preliminary injunction can take place, that the balance of hardships favors Alatus, and that the public interest favors injunctive relief. Accordingly, this Court enters the following orders:

## TEMPORARY RESTRAINING ORDER

**IT IS HEREBY ORDERED** that Defendant and all those under his direction or control or in active concert or participation with Defendant, his respective suppliers, vendors, licensors, licensees, successors and assigns and the officers, directors, employees, agents and representatives thereof, are hereby immediately temporarily restrained from:

    a.    Using, disclosing, or sharing Alatus' trade secrets with any third parties; and

    b.    disposing of any computer or electronic devices containing Alatus information until a third party forensic neutral verifies that Alatus' information is no longer in Defendant's possession, custody, or control.

## ORDER TO SHOW CAUSE

**IT IS HEREBY ORDERED** that Defendant show cause on the ____ day of _____ 2019 at [TIME] or as soon thereafter as counsel can be heard, in

the courtroom of the Honorable [JUDGE], located at [COURTROOM] why Defendant, and all those under his direction or control or in active concert or participation with Defendant, his respective suppliers, vendors, licensors, licensees, successors and assigns and the officers, directors, employees, agents and representatives thereof, should not be preliminary restrained from the following:

    a. Using, disclosing, or sharing Alatus' trade secrets with any third parties; and

    b. disposing of any computer or electronic devices containing Alatus information until a third party forensic neutral verifies that Alatus' proprietary information is no longer in Defendant's possession, custody, or control.

The Court further grants expedited discovery allowing Alatus to:

    a. depose Defendant Velazquez at least fourteen days before the OSC hearing;

    b. propound requests for production of documents and interrogatories to Defendant concerning the claims at issue, and requiring Defendant's substantive responses at least fourteen days before the OSC hearing; and

    c. propound a request for inspection of Defendant Velazquez's electronic devices to be conducted by a third-party neutral that can confirm Alatus' confidential information is secure and was not transmitted to any unidentified devices.

**IT IS SO ORDERED.**

Dated: September ____, 2019    By: _____
                                                        HON. [JUDGE]
                                                        UNITED STATES DISTRICT JUDGE