1 | BENJAMIN M. GIPSON (SBN 222830)
ben.gipson@dlapiper.com
2 | HECTOR E. COREA (SBN 318971)
hector.corea@dlapiper.com
3 | **DLA PIPER LLP (US)**
2000 Avenue of the Stars, Suite 400 North Tower
4 | Los Angeles, California 90067-4704
Tel:   310.595.3000
5 | Fax:  310.595.3300

6 | Attorneys for Plaintiff
ALATUS AEROSYSTEMS

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALATUS AEROSYSTEMS, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>MARIO VELAZQUEZ, an individual, and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. 19-cv-1869-PSG (JDEx)<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT (L.R. 8-3)**<br><br>Complaint served: October 4, 2019<br>Current response date: November 22, 2019<br>New response date: December 22, 2019 |

STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT

Pursuant to Local Rule 8-3 of the United States District Court for the Central District of California, Plaintiff Alatus Aerosystems ("Plaintiff") and Defendant Mario Velazquez ("Defendant") hereby stipulate and agree to the following:

WHEREAS, Plaintiff filed the original complaint in this matter in the Central District of California on September 30, 2019 (the "Complaint");

WHEREAS, Plaintiff served the Complaint on Defendant on October 4, 2019;

WHEREAS, the current deadline for Defendant to respond to Plaintiff's Complaint is November 22, 2019, by prior stipulation of Plaintiff and Defendant;

WHEREAS, Plaintiff and Defendant were engaged in settlement discussions that did not result in an agreement, they continue to discuss settlement in an attempt to reach an accord;

WHEREAS, pursuant to Local Rule 8-3, the parties have agreed and stipulated that Defendant shall have an additional 30 days after November 22, 2019 (*i.e.*, until December 22, 2019), to respond to the Complaint.

IT IS SO STIPULATED AND AGREED THAT Defendant shall have until December 22, 2019 to respond to Plaintiff's Complaint.

Dated: November 20, 2019     **DLA PIPER LLP (US)**

By: /s/ Benjamin M. Gipson
BENJAMIN M. GIPSON
HECTOR E. COREA
Attorneys for Plaintiff
ALATUS AEROSYSTEMS

Dated: November 20, 2019

By: _____
MARIO VELAZQUEZ

- 2 -
STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT

## SIGNATURE ATTESTATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the undersigned certifies that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: November 20, 2019     **DLA PIPER LLP (US)**

By: /s/ Benjamin M. Gipson
    BENJAMIN M. GIPSON
    HECTOR E. COREA
    Attorneys for Plaintiff
    ALATUS AEROSYSTEMS

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 2000 Avenue of the Stars, Suite 400 North Tower, Los Angeles, California 90067-4704.

On November 20, 2019, I served the following document(s) described as:

**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT (L.R. 8-3)**

on interested parties in this action by placing ☐ the original ☒ true copy(ies) thereof enclosed in sealed envelopes as stated below.

Mario Velazquez  *Defendant, Pro Se*
27189 Calle Ayrton
Menifee, CA 92586

☐ **(BY ELECTRONIC SERVICE VIA ECF FILING)** The document was served when electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

☒ **(BY MAIL)** The envelope was mailed with postage thereon fully prepaid. As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **(BY FACSIMILE)** I delivered such document by facsimile to the following persons at the facsimile telephone numbers listed above.

☐ **(BY HAND DELIVERY)** I delivered the within documents to County Legal Attorney Service for delivery to the above address(es) with instructions that such envelope be delivered personally on November 20, 2019 to the above named individuals.

☐ **(BY OVERNIGHT MAIL)** I am readily familiar with the firm's practice of collection and processing correspondence for mailing with an overnight courier service. Under that practice it would be deposited with said overnight courier service on that same day with delivery charges thereon billed to sender's account, at Los Angeles, California in the ordinary course of business. The envelope was sealed and placed for collection and mailing on that date following ordinary business practices.

WEST\288044897.1

☐ **(STATE)** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on November 20, 2019, Los Angeles, California.

Ann Lozinski
[Print Name Of Person Executing Proof]        [Signature]